UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cr-00232-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| GREGORY JEROME GRIER | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, pro se, requesting that the Court reduce his sentence based on his medical condition. (Doc. No. 21).

While the defendant has documented his extensive medical history, (Doc. No. 22: Exhibit), his sentence his been final for many years; thus, his concern about medical treatment in custody if he has further complications is not grounds for a sentence reduction by this Court. 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 21), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: June 7, 2018

Robert J. Conrad, Jr.
United States District Judge